The Honorable David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CARLA SHORT, individually and as Administrator of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC.; et al.<br><br>Defendants. | Civil Action No. 2:19-cv-01270-DWC<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION |

Plaintiff Carla Short, Individually and as Administrator of the Estate of Donald J. Short, and Defendant Union Carbide Corporation, hereby stipulate to the entry of the following Order of Dismissal without further notice, with prejudice and without costs or attorney's fees to either party, reserving to Plaintiff all of Plaintiff's rights of action, claims, and demands against any and all other parties.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION - 1
USDC WD WA CAUSE NO. 2:19-cv-01270-RBL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-5474-2468.1

| | |
|---|---|
| DATED this 27th day of July, 2020. | DATED this 27th day of July, 2020. |
| BERGMAN DRAPER OSLUND UDO, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: */s/ Glenn S. Draper* <br> Glenn S. Draper, WSBA #24419 <br> 821 Second Avenue, Ste. 2100 <br> Seattle, WA  98104 <br> Telephone: (206) 957-9510 <br> Fax: (206) 957-9543 <br> Email: service@bergmanlegal.com <br> *Attorneys for Plaintiff* | By: */s/ Rachel Tallon Reynolds* <br> Rachel Tallon Reynolds, WSBA #38750 <br> George S. Pitcher, WSBA #27713 <br> 1111 Third Avenue, Suite 2700 <br> Seattle, Washington 98101 <br> Telephone: (206) 436-2020 <br> Fax: (206) 436-2030 <br> Email: Seattle-Asbestos@lewisbrisbois.com <br> *Attorneys for Defendant Union Carbide Corporation* |

Date note: all superscripts above should render as th — DATED this 27th day of July, 2020.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION - 2
USDC WD WA CAUSE NO. 2:19-cv-01270-RBL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-5474-2468.1

# ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Union Carbide Corporation, are dismissed in their entirety with prejudice and without fees or costs to either party, reserving to Plaintiff all of Plaintiff's rights of actions, claims, and demands against any and all other parties.

DATED this 25th day of September, 2020.

_____
Marsha J. Pechman
United States Senior District Court Judge

PRESENTED BY:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Rachel Tallon Reynolds*
Rachel Tallon Reynolds, WSBA #38750
George S. Pitcher, WSBA #27713
Email: Seattle-Asbestos@lewisbrisbois.com
*Attorneys for Defendant Union Carbide Corporation*

APPROVED AS TO FORM AND CONTENT BY:

BERGMAN DRAPER OSLUND UDO, PLLC

By: */s/ Glenn S. Draper*
Glenn S. Draper, WSBA #24419
Email: service@bergmanlegal.com
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION - 3
USDC WD WA CAUSE NO. 2:19-cv-01270-RBL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-5474-2468.1

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing to be served via email, per agreement of counsel, on July 27, 2020 on the following counsel/party of record:

*Counsel for Plaintiffs*
Glenn S. Draper
BERGMAN DRAPER OSLUND UDO
821 2nd Avenue, Ste. 2100
Seattle, WA  98104
service@bergmanlegal.com

*Counsel for Crane Co.*
G. William Shaw
K&L GATES LLP
925 Fourth Avenue, Ste. 2900
Seattle, WA  98104
se.asbestos@klgates.com

*Counsel for CBS Corporation; Electrolux Home Products Inc.; Spirax Sarco Inc.*
Christopher S. Marks
Alice C. Serko
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Ste. 1575
Seattle, WA  98101
seattle.asbestos@tktrial.com

*Counsel for Flowserve US, Inc.*
Rachel Tallon Reynolds
Taryn M. Basauri
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Avenue, Ste. 2700
Seattle, WA  98101
Seattle-asbestos@lewisbrisbois.com

*Counsel for FL Smidth Dorr-Oliver, Inc.*
Briana C. Jones
FOLEY & MANSFIELD
999 Third Avenue, Ste. 3760
Seattle, WA  98104
Asbestos-sea@foleymansfield.com

*Counsel for Ingersoll-Rand Company; Velan Valve Corp.*
Mark B. Tuvim
GORDON & REES LLP
701 5th Ave., Ste. 2100
Seattle, WA  98104-7084
seaasbestos@grsm.com

*Counsel for Metropolitan Life Insurance Company*
Richard Gawlowski
WILSON SMITH COCHRAN DICKERSON
901 5th Ave., Ste. 1700
Seattle, WA  98164-2050
metlifeasbestos@wscd.com

*Counsel for Union Carbide Corporation*
George S. Pitcher
Rachel Tallon Reynolds
Taryn M. Basauri
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Avenue, Ste. 2700
Seattle, WA  98101
Seattle-asbestos@lewisbrisbois.com

*Counsel for Warren Pumps LLC*
Allen Eraut
RIZZO MATTINGLY BOSWORTH PC
1300 SW 6th Ave., Ste. 330
Portland, OR  97201-3530
asbestos@rizzopc.com

*Counsel for Weir Valve & Controls USA Inc.*
Dana C. Kopij
Williams Kastner & Gibbs PLLC
601 Union Street, Ste. 4100
Seattle, WA  98101-1368
wkgasbestos@williamskastner.com

DECLARATION OF SERVICE - 1
USDC WD WA CAUSE NO. 2:19-cv-01270-RBL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-5474-2468.1

1  Kent M. Fandel
   MILLER NASH GRAHAM & DUNN LLP
2  2801 Alaskan Way, Ste. 300
   Pier 70
3  Seattle, WA  98121-1128
4  Michael.fandel@millernash.com;
   AsbestosNotices@millernash.com
5

6                                                    *s/ Elizabeth Pina*
                                                     Elizabeth Pina, Legal Assistant
7                                                    Elizabeth.Pina@lewisbrisbois.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF SERVICE - 2                                    LEWIS BRISBOIS BISGAARD & SMITH LLP
USDC WD WA CAUSE NO. 2:19-cv-01270-RBL                        1111 Third Avenue, Suite 2700
                                                              Seattle, Washington 98101
                                                              206.436.2020

4832-5474-2468.1