THE HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CARLA SHORT, Individually and as Personal Representative of the Estate of DONALD J. SHORT<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:19-cv-01270-MJP<br><br>**ORDER GRANTING IN PART MODIFYING IN PART STIPULATED MOTION TO EXTEND DEADLINES** |

## RELIEF REQUESTED

Under LCR 16(b)(6), Defendant Warren Pumps, LLC, together with Plaintiff and all remaining Defendants (collectively the "Parties"), by and through their respective counsel of record, move this Court to enter an Order to continue the January 25, 2021 trial date and all remaining pre-trial deadlines for one month, subject to this Court's availability.

## STUIPULATION

The Parties propose to continue the trial date and all remaining pre-trial deadlines one month to allow for further discovery, motion practice and trial preparation. The Parties are in the process of completing fact and expert depositions, with the following depositions currently on calendar:

- September 16, 2020 - Deposition of William Powell Company
- September 17, 2020 - Deposition of Flowserve US, Inc.

1 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

- September 18, 2020 – Deposition of Electrolux Home Products, Inc.
- September 22, 2020 - Deposition of Spirax Sarco, Inc.
- September 22, 2020 - Deposition of Margaret McClosky
- September 23, 2020 – Deposition of Warren Pumps
- September 23, 2020 – Deposition of James Delaney
- September 24, 2020 - Deposition of Chris Herfel
- September 25, 2020 - Deposition of Gerald Gjelfe
- September 28, 2020 - Deposition of Donna Ringo
- September 28, 2020 - Deposition of Howard Freeman
- September 29, 2020 - Deposition of Carl Brodkin

The Parties request this additional time to complete these depositions and other discovery under a less compressed schedule, and prepare dispositive motions.

Under FRCP 16(b)(4), and for good cause, the Court may amend the case scheduling order.[1] "Good cause" in this context is primarily concerned with the diligence of the party seeking the amendment. *Id*. According to Fed. R. Civ. P. 16 advisory committee's notes, the district court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension."[2] Good cause is met here as this is a complex civil matter with multiple parties.

Based on the foregoing, the Parties stipulate to the following:

1. Continue the trial date of January 25, 2021 for one month;

2. Continue the following pre-trial deadlines:

| Deadline | Current Date | Stipulated Date (subject to court availability) |
|---|---|---|
| **15 DAYS Jury TRIAL** set for 09:00 AM on | 01/25/2021 | **05/03/2021** |
| All motions related to discovery must be FILED by | 9/8/2020 | **10/8/2020** |

---

[1] *Johnson v. Mammoth Recreations, Inc*.,975 F.2d 604, 608 (9th Cir. 1992).

[2] Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment); *Harrison Beverage Co. v. Dribeck Importers, Inc*., 133 F.R.D. 463, 469 (D.N.J. 1990); *Amcast Indus. Corp. v. Detrex Corp*., 132 F.R.D. 213, 217 (N.D.Ind. 1990); Forstmann,114 F.R.D. at 85; 6A Wright, Miller & Kane, Federal Practice and Procedure § 1522.1 at 231 (2d ed. 1990) ("good cause" means scheduling deadlines cannot be met despite party's diligence).

2 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | | | |
|---|---|---|---|
| 1 | Discovery COMPLETED by | 9/29/2020 | **10/29/2020** |
| 2 | All dispositive motions must be FILED by | 10/28/2020 | **11/30/2020** |
| 3, 4 | ~~Settlement conference per LCR 39.1(c)(2) HELD no later than~~<br><br>No settlement conference is required | ~~11/19/2020~~ | **~~12/21/2020~~** |
| 5, 6, 7, 8 | ~~Mediation per LCR 39.1(c)(3) HELD no later than Under Local Civil Rule 39.1(c) the Court ORDERS that the parties engage in mediation. The parties may seek relief from this requirement by motion and upon a showing of good cause~~<br><br>No mediation conference is required | ~~12/23/2020~~ | **~~1/25/2021~~** |
| 9, 10 | ~~Letter of compliance as to LCR 39.1 FILED by A roster of Local Civil Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253-882-3824~~ | ~~1/6/2021~~ | **~~2/8/2021~~** |
| 11 | Motions in limine must be FILED by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | 12/22/2020 | **3/29/2021** |
| 12 | Agreed Pretrial Order | 1/11/2021 | **4/20/2021** |
| 13 | Pretrial conference will be HELD at 01:30 PM on | 1/18/2021 | **4/22/2021** |
| 14, 15 | (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 1/12/2021 | **4/20/2021** |

17 RESPECTFULLY SUBMITTED this 9th day of September, 2020.

19 BERGMAN DRAPER OSLUND UDO PLLC   GORDON REES SCULLY MANSUKHANI

20 *s/Ruby Aliment*
Ruby Aliment
Glen Bergman
821 2nd Avenue, Suite 2100
Seattle, WA 98104
ruby@bergmanlegal.com
***Attorneys for Plaintiff***

*s/Kevin Craig*
Mark Tuvim
Kevin Craig
701 5th Avenue, Suite 2100
Seattle, WA 98104
mtuvim@grsm.com;
kcraig@grsm.com;
asbestos@gordonrees.com
***Attorneys for Velan Valve Corp.***

3 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | |
|---|---|
| RIZZO MATTINGLY BOSWORTH, PC | TANENBAUM KEALE, LLP |
| _s/Allen Eraut_<br>Allen E. Eraut, WSBA #30940<br>1300 SW 6th Avenue, Suite 330<br>Portland, OR  97201<br>asbestos@rizzopc.com<br>aeraut@rizzopc.com<br>**Attorneys for Defendant Warren Pumps, LLC** | _s/Christopher Marks_<br>Christopher Marks<br>Malika Johnson<br>Alice Serko<br>Two Union Square<br>601 University Street, Suite 4253<br>Seattle, WA 98101<br>cmarks@tktrial.com;<br>mjohnson@tktrial.com;<br>aserko@tktrial.com;<br>Seattle.asbestos@tktrial.com<br>**Attorneys for Spirax Sarco Inc; Electrolux Home Products, Inc.** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | FOLEY & MANSFIELD |
| _s/Rachel Reynolds_<br>Randy Aliment<br>Rachel Tallon Reynolds<br>Taryn Basauri<br>1111 3rd Ave Ste 2700<br>Seattle, WA 98101-3224<br>randy.aliment@lewisbrisbois.com;<br>rachel.reynolds@lewisbrisbois.com;<br>taryn.basauri@lewisbrisbois.com;<br>seattle-asbestos@lewisbrisbois.com<br>**Attorneys for Flowserve Corporation** | _s/James Hicks_<br>James D. Hicks<br>Brian Smith<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>bsmith@foleymansfield.com<br>jhicks@foleymansfield.com<br>asbestos-sea@foleymansfield.com<br>**Attorneys for William Powell Co.** |
| K&L GATES | MILLER NASH GRAHAM & DUNN LLP |
| _s/G. William Shaw_<br>G. William Shaw<br>Ryan J. Groshong<br>K & L Gates<br>925 4th Avenue, Ste. 2900<br>Seattle, WA 98104<br>bill.shaw@klgates.com;<br>ryan.groshong@klgates.com;<br>asbestos@klgates.com<br>**Attorneys for Crane Co** | _s/Michael Fandel_<br>Michael K. Fandel<br>Briana Jones<br>Kellen Hade<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121<br>Michael.Fandel@millernash.com;<br>Kellen.Hade@millernash.com;<br>Briana.Jones@millernash.com;<br>asbestosnotices@millernash.com<br>**Attorneys for FL Smidth Dorr-Oliver, Inc** |

4 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1

2
WILSON SMITH COCHRAN &
3 DICKERSON

4
   *s/Richard Gawlowski*
5 Richard G Gawlowski
901 Fifth Ave., Suite 1700
6 Seattle, WA 98164
gawlowski@wscd.com
7 MetLifeAsbestos@wscd.com
*Attorneys for Metropolitan Life Insurance*
8 *Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | Based on the foregoing Stipulation, the trial date is continued to May 3, 2021, |
| 5 | and related deadlines are set as follows: |
| 6 | |
| 7 | |
| 8 | DATED this 28 day of September, 2020. |

*[signature]*

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

RIZZO MATTINGLY BOSWORTH, PC

*s/Allen Eraut*
ALLEN E. ERAUT, WSBA #30940
Counsel for Defendant Warren Pumps, LLC
1300 SW 6th Avenue, Suite 330
Portland, OR  97201
Phone :  (503) 229-1819
Fax :  (503) 229-0630
aeraut@rizzopc.com

Approved as to form and content:

| BERGMAN DRAPER OSLUND UDO PLLC | GORDON REES SCULLY MANSUKHANI |
|---|---|
| *s/Ruby Aliment* | *s/Kevin Craig* |
| Ruby Aliment | Mark Tuvim |
| Glen Bergman | Kevin Craig |
| 821 2nd Avenue, Suite 2100 | 701 5th Avenue, Suite 2100 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| ruby@bergmanlegal.com | mtuvim@grsm.com; |
| **Attorneys for Plaintiff** | kcraig@grsm.com; |
|  | asbestos@gordonrees.com |

6 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

*Attorneys for Velan Valve Corp.*

| | |
|---|---|
| RIZZO MATTINGLY BOSWORTH, PC | TANENBAUM KEALE, LLP |
| _____s/Allen Eraut_____ | ___s/Christopher Marks_____ |
| Allen E. Eraut, WSBA #30940 | Christopher Marks |
| 1300 SW 6th Avenue, Suite 330 | Malika Johnson |
| Portland, OR  97201 | Alice Serko |
| asbestos@rizzopc.com | Two Union Square |
| aeraut@rizzopc.com | 601 University Street, Suite 4253 |
| **Attorneys for Defendant Warren Pumps, LLC** | Seattle, WA 98101 |
| | cmarks@tktrial.com; |
| | mjohnson@tktrial.com; |
| | aserko@tktrial.com; |
| | Seattle.asbestos@tktrial.com |
| | **Attorneys for Spirax Sarco Inc; Electrolux Home Products, Inc.** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | FOLEY & MANSFIELD |
| ___s/Rachel Reynolds _____ | ___s/James Hicks_____ |
| Randy Aliment | James D. Hicks |
| Rachel Tallon Reynolds | Brian Smith |
| Taryn Basauri | 999 Third Avenue, Suite 3760 |
| 1111 3rd Ave Ste 2700 | Seattle, WA 98104 |
| Seattle, WA 98101-3224 | bsmith@foleymansfield.com |
| randy.aliment@lewisbrisbois.com; | jhicks@foleymansfield.com |
| rachel.reynolds@lewisbrisbois.com; | asbestos-sea@foleymansfield.com |
| taryn.basauri@lewisbrisbois.com; | **Attorneys for William Powell Co.** |
| seattle-asbestos@lewisbrisbois.com | |
| **Attorneys for Flowserve Corporation** | |
| K&L GATES | MILLER NASH GRAHAM & DUNN LLP |
| ___s/G. William Shaw_____ | |
| G. William Shaw | ___s/Michael Fandel _____ |
| Ryan J. Groshong | Michael K. Fandel |
| K & L Gates | Briana Jones |
| 925 4th Avenue, Ste. 2900 | Kellen Hade |
| Seattle, WA 98104 | 2801 Alaskan Way, Suite 300 |
| bill.shaw@klgates.com; | Seattle, WA 98121 |
| ryan.groshong@klgates.com; | Michael.Fandel@millernash.com; |
| asbestos@klgates.com | Kellen.Hade@millernash.com; |

7 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | | |
|---|---|---|
| 1 | *Attorneys for Crane Co* | Briana.Jones@millernash.com; |
| 2 | | asbestosnotices@millernash.com |
| | | *Attorneys for FL Smidth Dorr-Oliver, Inc* |

WILSON SMITH COCHRAN & DICKERSON

___s/Richard Gawlowski_____
Richard G Gawlowski
901 Fifth Ave., Suite 1700
Seattle, WA 98164
gawlowski@wscd.com
MetLifeAsbestos@wscd.com
*Attorneys for Metropolitan Life Insurance Company*

8 - STIPULATED MOTION AND PROPOSED ORDER CONTINUING TRIAL DATE [2:19-CV-01270-MJP]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630