THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CARLA SHORT, individually and as Administrator of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:19-cv-01270-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC.<br><br>[Clerk's Action Required] |

## STIPULATION

COME NOW Plaintiff Carla Short, individually and as Administrator of the Estate of Donald J. Short, and Defendant IMO INDUSTRIES, INC., by and through their respective counsel, and stipulate to entry of the subjoined Order of Dismissal as to IMO INDUSTRIES, INC. only, such dismissal to be with prejudice and without costs to either party, reserving to Plaintiff her claims against all other defendants.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC. - 1 of 3
(NO.  2:19-cv-01270-RBL)
[4813-0905-5436]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike St., Suite 2350
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 30th day of September, 2020.

        GORDON THOMAS HONEYWELL LLP

By _____
        Michael E. Ricketts, WSBA No. 9387
        mricketts@gth-law.com

        Attorneys for Defendant IMO Industries, Inc.

Dated this 25th day of September, 2020.

        BERGMAN DRAPER OSLUND UDO PLLC

By *Chandler H. Udo [via email 9/25/20]*
    Chandler H. Udo, WSBA# 40880
    chandler@bergmanlegal.com

        Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT
IMO INDUSTRIES, INC. - 2 of 3
(NO.  2:19-cv-01270-RBL)
[4813-0905-5436]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike St., Suite 2350
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

ORDER

Based on the foregoing Stipulation, Defendant IMO INDUSTRIES, INC. only is hereby dismissed with prejudice and without costs to either party, reserving to Plaintiff her claims against all other defendants.

DATED this 1st day of October, 2020.

_____
JUDGE/COURT COMMISSIONER

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
Michael E. Ricketts, WSBA No. 9387
mricketts@gth-law.com
Attorneys for Defendant IMO Industries, Inc.


BERGMAN DRAPER OSLUND UDO PLLC

By  *Chandler H. Udo [via email 9/25/20]*
Chandler H. Udo, WSBA# 40880
chandler@bergmanlegal.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC. - 3 of 3
(NO.  2:19-cv-01270-RBL)
[4813-0905-5436]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike St., Suite 2350
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575