THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| CARLA SHORT, individually and as Administrator of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 2:19-cv-01270-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KEELER/DORR-OLIVER BOILER COMPANY** |
|---|---|

**STIPULATION**

Plaintiff Carla Short and Defendant Keeler/Dorr-Oliver Boiler Company, as successor-in-interest to E. Keeler Company, incorrectly sued in this action as FLSmidth Dorr-Oliver Inc., successor-in-interest to Keeler/DorrOliver Boiler Company, Inc. ("KDO"), stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without fees or costs to either party.

| ***Stipulated and Agreed to on this 21st day of October, 2020 by:*** | ***Stipulated and Agreed to on this 21st day of October, 2020 by:*** |
|---|---|
| MILLER NASH GRAHAM & DUNN LLP<br><br>*s/K. Michael Fandel*<br>K. Michael Fandel, WSBA No. 16281 | BERGMAN DRAPER OSLUND UDO, PLLC<br><br>*s/Ruby K. Aliment*<br>Ruby K. Aliment, WSBA No. 51242 |

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

| s/Kellen A. Hade<br>Kellen A. Hade, WSBA No. 44535<br>Pier 70 ~ 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121<br>Tel: 206-624-8300<br>Fax: 206-340-9599<br>Email: Michael.Fandel@millernash.com<br>Kellen.Hade@millernash.com<br>***Attorneys for Defendant Keeler/Dorr-Oliver*** | 821 2nd Avenue, Suite 2100<br>Seattle, WA 98104<br>Tel: 206-957-9535<br>Fax: 206-957-9549<br>Email: Ruby@bergmanlegal.com<br>***Attorneys for Plaintiff*** |
| --- | --- |

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KEELER/DORR-OLIVER BOILER COMPANY- 2
USDC No. 2:19-cv-01270-MJP

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**ORDER OF DISMISSAL**

THIS MATTER having come before this Court upon the foregoing Stipulation, and the Court being fully advised on the matter;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Keeler/Dorr-Oliver Boiler Company, as successor-in-interest to E. Keeler Company, incorrectly sued in this action as FLSmidth Dorr-Oliver Inc., successor-in-interest to Keeler/DorrOliver Boiler Company, Inc., are dismissed in their entirety with prejudice and without fees or costs to either party.

ORDERED this 21st day of October, 2020.

Marsha J. Pechman
United States District Judge



MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599