|  |  |
|---|---|
| | The Honorable Marsha J. Pechman<br>Trial Date: May 3, 2021 |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 2:19-cv-01270-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ELECTROLUX HOME PRODUCTS, INC. |

## STIPULATION

Plaintiff CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT (hereinafter "Plaintiff"), and Defendant Electrolux Home Products, Inc. (hereinafter "Electrolux") by and through her counsel of record, stipulate that all claims against Electrolux only may be dismissed with prejudice and without costs or fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ELECTROLUX HOME PRODUCTS, INC. - 1
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1  DATED this 26th day of February 2021.   DATED this 26th day of February 2021.

2

3  By: s/Chandler H. Udo (*w/ permission*)   By: s/Alice C. Serko
   Matthew P. Bergman, WSBA #20894          Alice C. Serko, WSBA #45992
4  Vanessa Firnhaber Oslund, WSBA #38252    TANENBAUM KEALE LLP
   Chandler H. Udo, WSBA #40880             One Convention Place
5  BERGMAN DRAPER OSLUND UDO, PLLC          701 Pike Street, Suite 1575
   821 – 2nd Avenue, Suite 2100             Seattle WA 98101
6  Seattle, WA  98104                       (206) 889-5150
7  Telephone: (206) 957-9510
   Email: matt@bergmanlegal.com             Email:   aserko@tktrial.com
8         vanessa@bergmanlegal.com                   seattle.asbestos@tktrial.com
          chandler@bergmanlegal.com
9                                           Attorneys for Electrolux Home Products, Inc.
10 Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT ELECTROLUX HOME
PRODUCTS, INC. - 2
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Electrolux Home Products, Inc. (hereinafter "Electrolux") to dismiss all claims against Electrolux, with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Electrolux only are hereby dismissed with prejudice and without costs as to any party.

DATED March 1, 2021

_____
MARSHA J. PECHMAN
United States Senior District Judge

PRESENTED BY:

By: s/Alice C. Serko
Alice C. Serko, WSBA #45992
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   aserko@tktrial.com
         seattle.asbestos@tktrial.com

Attorneys for Electrolux Home Products, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ELECTROLUX HOME PRODUCTS, INC. - 3
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150