The Honorable Marsha J. Pechman
Trial Date: May 3, 2021

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 2:19-cv-01270-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY<br><br>[Clerk's Action Required] |

## **STIPULATION**

Plaintiff CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT (hereinafter, "Plaintiff") and Defendant General Electric Company, by and through her counsel of record, stipulate that all claims against Defendant General Electric Company, only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

DATED this 15th of March 2021.               DATED this 15th of March 2021.

BERGMAN DRAPER OSLUND UDO          TANENBAUM KEALE, LLP

s/Ruby K. Aliment                                              s/Christopher S. Marks
Ruby K. Aliment, WSBA #51242                    Christopher S. Marks, WSBA #28634

Attorneys for Plaintiff                                      Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 1
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant General Electric Company, to dismiss all claims against Defendant General Electric Company, only, with prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiff's claims against Defendant General Electric Company, only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED: March 16, 2021

_____
Marsha J. Pechman
United States District Judge

PRESENTED BY:
TANENBAUM KEALE LLP

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634

Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 2
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150