The Honorable Marsha J. Pechman
Trial Date: May 3, 2021

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 2:19-cv-01270-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SPIRAX SARCO, INC.<br><br>[Clerk's Action Required] |

## **STIPULATION**

Plaintiff CARLA SHORT, individually and as Personal Representative of the Estate of DONALD J. SHORT (hereinafter, "Plaintiff") and Defendant Spirax Sarco, Inc., by and through her counsel of record, stipulate that all claims against Defendant Spirax Sarco, Inc., only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

| | |
|---|---|
| DATED this 18th of March 2021.<br><br>BERGMAN DRAPER OSLUND UDO<br><br>s/ Vanessa Firnhaber Oslund (*w/ permission*)<br>Vanessa Firnhaber Oslund, WSBA #38252<br><br>Attorneys for Plaintiff | DATED this 18th of March 2021.<br><br>TANENBAUM KEALE, LLP<br><br>s/Alice C. Serko<br>Alice C. Serko, WSBA #45992<br><br>Attorneys for Spirax Sarco, Inc. |

Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Spirax Sarco, Inc., to dismiss all claims against Defendant Spirax Sarco, Inc., only, with prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiff's claims against Defendant Spirax Sarco, Inc., only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED: March 19, 2021

_____
Marsha J. Pechman
United States District Judge

PRESENTED BY:
TANENBAUM KEALE LLP

s/Alice C. Serko
Alice C. Serko, WSBA #45992

Attorneys for Spirax Sarco, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SPIRAX SARCO, INC. - 2
Case No.: 2:19-cv-01270-MJP

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150