HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARLA SHORT, Individually and as Administrator of the Estate of DONALD J. SHORT,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al,<br><br>Defendants. | NO. 2:19-CV-01270-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WILLIAM POWELL COMPANY<br><br>***CLERK'S ACTION REQUIRED*** |

## STIPULATION

Plaintiff Carla Short, Individually and as Administrator of the Estate of Donald J. Short ("Plaintiff"), and Defendant The William Powell Company, by and through their counsel of record, stipulate that all of Plaintiff's claims against The William Powell Company may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

DATED this 6th day of April, 2021.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WILLIAM POWELL COMPANY

Page 1

Foley & Mansfield, PLLP
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360

| | |
|---|---|
| BERGMAN DRAPER OSLUND UDO PLLC | FOLEY & MANSFIELD, PLLP |
| By: *s/ Chandler Udo (with authorization)*<br>    Glenn S. Draper, WSBA #24119<br>    Chandler Udo, WSBA #40880<br>    service@bergmanlegal.com<br>    Attorneys for Plaintiff | By: *s/ Melissa K. Roeder*<br>    Melissa K. Roeder, WSBA #30836<br>    James D. Hicks, WSBA #36126<br>    asbestos-sea@foleymansfield.com<br>    Attorneys for Defendant<br>    The William Powell Company |

## ORDER

THIS MATTER having come before the Court by way of stipulation by the Plaintiff Carla Short, Individually and as Administrator of the Estate of Donald J. Short, and Defendant The William Powell Company to dismiss all of Plaintiff's claims against The William Powell Company with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Defendant The William Powell Company are hereby dismissed with prejudice and without costs or attorney fees as to any party, reserving to Plaintiff her claims against the other parties.

DATED this 7th day of April, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WILLIAM POWELL COMPANY

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360

| | |
|---|---|
| *Presented by:* | *Agreed as to Form and Notice of Presentation Waived:* |
| FOLEY & MANSFIELD, PLLP | BERGMAN DRAPER OSLUND UDO PLLC |
| By: *s/ Melissa K. Roeder*<br>      Melissa K. Roeder, WSBA #30836<br>      James D. Hicks, WSBA #36126<br>      asbestos-sea@foleymansfield.com<br>      Attorneys for Defendant<br>      The William Powell Company | By: *s/ Chandler Udo (with authorization)*<br>      Glenn S. Draper, WSBA #24119<br>      Chandler Udo, WSBA #40880<br>      service@bergmanlegal.com<br>      Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WILLIAM POWELL COMPANY

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360